**BIBIYAN LAW GROUP, P.C.**
Jason W. Rothman (SBN 304961)
*jason@tomorrowlaw.com*
Guido Toscano (SBN 266304)
*guido@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555
Fax: (310) 300-1705

Attorneys for Plaintiffs, Yvette Gonzalez, Rosa Guzman, Margarita Gonzalez, and Jorge Berroteran, individuals and on behalf of all others similarly situated

*[Additional Counsel on Next Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE GONZALEZ, ROSA GUZMAN, MARGARITA GONZALEZ, and JORGE BERROTERAN, individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEAK CALIFORNIA RESTAURANT GROUP, LLC, a Georgia limited liability company; PEAK RESTAURANT PARTERS [sic] LLC, a limited liability company doing business as iHop; ERICK BARRAGAN, an individual and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  3:25-cv-04068-AMO<br><br><u>Assigned for All Purposes To:</u><br>The Honorable Araceli Martínez-Olguín<br>Courtroom 10<br><br>**JOINT STIPULATION FOR DISMISSAL, WITHOUT PREJUDICE, OF SELECT PLAINTIFF**<br><br>*[Filed concurrently with [Proposed] Order]*<br><br>Action Filed:    May 9, 2025<br>Trial Date:      Not Set |

SEYFARTH SHAW LLP
Elizabeth J. MacGregor (SBN 267326)
emacgregor@seyfarth.com
Steven Wong (SBN 293343)
stewong@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
PEAK CALIFORNIA RESTAURANT GROUP, LLC;
PEAK RESTAURANT PARTNERS, LLC; ERICK
BARRAGAN

JOINT STIPULATION FOR DISMISSAL

**TO THE COURT:**

Plaintiffs Yvette Gonzalez, Rosa Guzman, Margarita Gonzalez, and Jorge Berroteran (collectively "Plaintiffs") and Defendants Peak California Restaurant Group, LLC, Peak Restaurant Partners, LLC, and Erick Barragan's (collectively "Defendants"), by and through their counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiffs filed this putative class action in state court, which was removed to this Court by Defendants on May 9, 2025;

WHEREAS, Plaintiff's counsel is informed that Plaintiff Jorge Berroteran has passed away and is unable to prosecute this matter.

WHEREAS, the remaining Plaintiffs intend to continue to prosecute this matter.

NOW THEREFORE, Plaintiffs and Defendants stipulate that there is good cause to dismiss Plaintiff Jorge Berroteran, without prejudice.

**IT IS SO STIPULATED.**

Dated: March 13, 2026          **BIBIYAN LAW GROUP, P.C.**

BY: */s/ Jason W. Rothman*
    JASON W. ROTHMAN
    GUIDO TOSCANO
Attorneys for Plaintiffs, Yvette Gonzalez, Rosa Guzman, Margarita Gonzalez, and Jorge Berroteran, individuals and on behalf of all others similarly situated

3
JOINT STIPULATION FOR DISMISSAL

Dated: March 13, 2026                    **SEYFARTH SHAW LLP**


BY: */s/ Elizabeth J. MacGregor*
     ELIZABETH J. MACGREGOR
     STEVEN WONG
Attorneys for Defendants

JOINT STIPULATION FOR DISMISSAL