**BIBIYAN LAW GROUP, P.C.**
Jason W. Rothman (SBN 304961)
*jason@tomorrowlaw.com*
Guido Toscano (SBN 266304)
*guido@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555
Fax: (310) 300-1705

Attorneys for Plaintiffs, YVETTE GONZALEZ,
ROSA GUZMAN, MARGARITA GONZALEZ,
and JORGE BERROTERAN, individuals and on
behalf of all others similarly situated

*[Additional Counsel on Next Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE GONZALEZ, ROSA GUZMAN, MARGARITA GONZALEZ, and JORGE BERROTERAN, individuals and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PEAK CALIFORNIA RESTAURANT GROUP, LLC, a Georgia limited liability company; PEAK RESTAURANT PARTERS [sic] LLC, a limited liability company doing business as iHop; ERICK BARRAGAN, an individual and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.  4:25-cv-04068-AMO <br><br> Assigned for All Purposes To: <br> The Hon. Araceli Martínez-Olguín <br> Courtroom 10 <br><br> **JOINT REPORT REGARDING STATUS OF ARBITRATION** <br><br> Action Filed:    May 9, 2025 <br> Trial Date:      Not Set |

JOINT REPORT REGARDING STATUS OF ARBITRATION

326596452v.1

**SEYFARTH SHAW LLP**
Elizabeth J. MacGregor (SBN 267326)
*emacgregor@seyfarth.com*
Steven Wong (SBN 293343)
*stewong@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California 94105
Tel: (415) 397-2823
Fax: (415) 397-8549

Attorneys for Defendants,
PEAK CALIFORNIA RESTAURANT GROUP, LLC;
PEAK RESTAURANT PARTNERS, LLC; and
ERICK BARRAGAN

JOINT REPORT REGARDING STATUS OF ARBITRATION

326596452v.1

Plaintiffs Yvette Gonzalez, Rosa Guzman, Margarita Gonzalez, and Jorge Berroteran (collectively "Plaintiffs") and Defendants Peak California Restaurant Group, LLC, Peak Restaurant Partners, LLC, and Erick Barragan's (collectively "Defendants"), by and through their counsel, submit the following joint report as required by the Court's March 18, 2026 Order (Dkt. No. 39.):

Plaintiffs' claims in this matter were compelled to arbitration on March 18, 2026 by the Court's ruling granting Defendants' Motion to Compel Arbitration (Dkt. No. 39.) Following the Court's ruling, the parties have met and conferred and agreed that Plaintiffs would not yet file their arbitration demands while the parties discussed the possibility of mediation to resolve the remaining claims. The parties have now agreed to mediation and are currently selecting a mediator and date for a mediation of Plaintiffs' action under the Private Attorneys General Act ("PAGA), currently pending in California Superior Court, County of Contra Costa, Case No. C25-03315.

Dated: June 16, 2026                    **BIBIYAN LAW GROUP, P.C.**


BY: */s/ Guido Toscano*
        JASON W. ROTHMAN
        GUIDO TOSCANO
Attorneys for Plaintiffs, Yvette
Gonzalez, Rosa Guzman, Margarita
Gonzalez, and Jorge Berroteran,
individuals and on behalf of all others
similarly situated

/ / /

/ / /

/ / /

/ / /

3

JOINT REPORT REGARDING STATUS OF ARBITRATION

326596452v.1

Dated: June 16, 2026                    **SEYFARTH SHAW LLP**

BY: */s/ Elizabeth J. MacGregor*
      ELIZABETH J. MACGREGOR
      STEVEN WONG
Attorneys for Defendants

JOINT REPORT REGARDING STATUS OF ARBITRATION

326596452v.1